IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HAMMOND MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| vs. | ) | 1:21-CV-24-RAL |
| | ) | |
| KIYONNA CLOTHING, INC., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)**

Pursuant to F.R.C.P. 41(a)(1)(A) of the Federal Rules of Civil Procedure, the above captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Respectfully submitted,

**LAWRENCE H. FISHER, ESQ.**

/s/ Lawrence H. Fisher                          .
Lawrence H. Fisher
Lawfirst@lawrencefisher.com
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel: (412) 577-4040

Dated: April 23, 2021